# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

---

**Plaintiff(s):** PAINTERS DISTRICT COUNCIL NO. 14

**Defendant(s):** PINNACLE GLASS, INC.

**County of Residence:**

**County of Residence:**

**Plaintiff's Atty:** Donald D. Schwartz
James R. Anderson
Anthony B. Sanders
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415

**Defendant's Atty:**

```
FILED: JUNE 30, 2008
08CV3721
JUDGE KOCORAS
MAGISTRATE JUDGE MASON
YM
```

---

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principle Parties**
**(Diversity Cases Only)**
  Plaintiff:- N/A
  Defendant:- N/A

**IV. Origin :** 1. Original Proceeding

**V. Nature of Suit:** 720 E.R.I.S.A

**VI. Cause of Action:** This cause of action is for underfunding of various trust funds administered by the Plaintiffs and arises under Section 301 of the National Labor Relating Act, U.S.C. Chapter 7 Section 185(c) and ERISA, 28 U.S.C. Section 1331

**VII. Requested in Complaint**
  Class Action: No
  Dollar Demand:
  Jury Demand: No

**VIII.** This case **Is NOT** a refiling of a previously dismissed case. (If yes case number _____ by Judge _____)

---

Signature: _____s/ Donald D. Schwartz_____

Date: _____June 30, 2008_____