**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
PAINTERS DISTRICT COUNCIL NO. 14, a labor organization  
                Plaintiff,  
  v.  
PINNACLE GLASS, INC.,  
                Defendants,

Case Number:

FILED: JUNE 30, 2008  
08CV3721  
JUDGE KOCORAS  
MAGISTRATE JUDGE MASON  
YM

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:  
Plaintiff

| NAME (Type or print) |  |
|---|---|
| JAMES R. ANDERSON |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/James R. Anderson |  |
| FIRM  ARNOLD AND KADJAN |  |
| STREET ADDRESS  19 WEST JACKSON BLVD. |  |
| CITY/STATE/ZIP  CHICAGO, IL. 60604 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6206500 | TELEPHONE NUMBER  (312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |  |