### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv3721                    Assigned/Issued By: j. n.

Judge Name: kocoras                      Designated Magistrate Judge: mason

---

**FEE INFORMATION**

Amount Due:   [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____       Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350 _____           Receipt #: 2897801 _____

Date Payment Rec'd: 6-30-08 _____        Fiscal Clerk: j. n. _____

---

**ISSUANCES**

[✓] Summons                                [ ] Alias Summons
[ ] Third Party Summons                    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets            [ ] Other
[ ] Writ _____            _____
        *(Type of Writ)*                   _____
                                           *(Type of issuance)*

1 ____ Original and 0 _____ copies on 6-30-08 _____ as to defendant _____
                                      *(Date)*