AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PAINTERS DISTRICT COUNCIL NO. 14,
    Plaintiffs,

V.

PINNACLE GLASS, INC.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08 C 372**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE KOCORAS**
**MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)
PINNACLE GLASS, INC.
C/O ITS REGISTERED AGENT, VINCENT C. ARGENTO
1100 ARLINGTON HEIGHTS ROAD, SUITE 510
ITASCA, IL 60143

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
James R. Anderson
Anthony B. Sanders
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

_/s/_ _____
(By) DEPUTY CLERK

June 30, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/17/08 @ 1:40 pm |
| NAME OF SERVER (PRINT)  Tim Hanisch | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

Served Pinnacle Glass Inc c/o Res Agent Vincent Argento at law office 1180 Arlington Heights Rd Ste 510 Itasca IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

c/o Sandi Coletto legal assistant (w/f 45-50 brown hair)

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/17/08
             Date              Signature of Server

Address of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE208
PARK RIDGE IL 60068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.