**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 14, | ) | |
| a labor organization, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 3721 |
| | ) | |
| v. | ) | Judge Kocoras |
| | ) | |
| PINNACLE GLASS, INC., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN**

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD AND

KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order

of Default as to liability and Judgment in favor of Plaintiffs and against Defendant, PINNACLE

GLASS, INC.

In support thereof, Plaintiffs state:

1.      This case was filed on June 30, 2008.

2.      Defendant was served with Summons and Complaint on July 17, 2008.

3.      In excess of 20 days have expired since Service of Process, however, Defendant

has failed to file an answer or otherwise plead.

4.      Per the attached Exhibit A, Defendant owes $840.00 wage award, and $3,800.00

fine for contractual violations (See May 29, 2008 Arbitration Award).

5.      Per the affidavit of Donald Schwartz, attorney for Plaintiffs in legal fees and

expenses $1,300.00 has been incurred in this suit.  (Exhibit B)

**WHEREFORE**, Plaintiffs pray for:

1.      An Order of Default against the Defendant.

2.    Judgment be rendered in the amount of $5,940.00 for the PAINTERS DISTRICT

COUNCIL NO. 14, and against PINNACLE GLASS, INC.

Respectfully submitted,

**PAINTERS DISTRICT COUNCIL NO. 14**


By: s/ Donald D. Schwartz
     One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415

06/c Jun. 19. 2008, 1:13PM                                                    No. 3923    P. 904/005

May. 30. 2008  3:10PM                                                         No. 3521   P. 2

PHONE 708-443-9000
FAX 708-443-9007



TERRENCE FITZMAURICE
BUSINESS MANAGER
SECRETARY-TREASURER

# Glaziers, Architectural Metal and Glass Workers
# Union Local No. 27, Chicago and Vicinity

OF THE

INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO
AFFILIATED WITH PAINTERS' DISTRICT COUNCIL NO. 14
MEETS THE 4TH MONDAY OF EACH MONTH. 6909 WEST 26TH STREET, BERWYN

4225 LAWNDALE AVENUE • LYONS, IL 60534

MICHAEL MABUS
BUSINESS REPRESENTATIVE

MICHAEL O'DONNELL
BUSINESS REPRESENTATIVE

MICHAEL COOK
BUSINESS REPRESENTATIVE
FINANCIAL SECRETARY

JAMES AUGUSTYN
PRESIDENT

RICHARD BAIDELIS
VICE PRESIDENT

MICHAEL OHN
RECORDING SECRETARY

Mr. Rob Christman
Pinnacle Glass Inc.
N1449 Brick School Road
Walworth, WI 53184

Fax: 262-775-8813                                                May 29, 2008

Dear Mr. Christman:

**This letter constitutes written notice that your company, Pinnacle Glass, is not in compliance with the decision of the Grievance Board.**

A Grievance hearing was held in your absence, as you were notified and chose not to attend, on February 6, 2008. A copy of the decision of the Grievance Board was sent (and is attached) to your company via fax, regular U.S. mail and certified mail on February 18, 2008.

Total monies, including fines, benefits, wages and all other funds owed by your self or your company, *Pinnacle Glass Inc.*, as required by the decision of the Joint Grievance Board equal <u>$4640.00</u>

The maximum ninety (90) days to appeal or have this decision sent to mediation has expired as of May 20, 2008.

Glaziers Union Local # 27 considers failure to pay these fines, wages, benefits and / or funds owed as "Breach of Contract", and intends to take all necessary economic and / or legal action needed. These actions may include but are not limited to withholding of services *(such as pulling all Local #27 members from your company)*, job action *(such as striking or picketing)* during the period of noncompliance.

To remedy to this situation and avoid further action being taken, please submit total monies owed no later than Thursday, June 12, 2008.

Michael O'Donnell
Chairman
Joint Trial Board

Date: 5-29-08

Al Shapiro
Chairman
Association of Glazing Contractors

Date: 5-27-2008

*EXHIBIT A*

# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Rob Christman
Pinnacle Works Inc.
N14419 Brick School Rd
Waukesha, WI 53069

Postmark
Here    6/10/08

DELIVERY CONFIRMATION NUMBER:

0307 3330 0000 3555 3778

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)

☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

(See Reverse)

PS Form 152, May 2002

# USPS® Delivery Confirmation™ Service

This Service

- provides date and time of delivery and/or attempted delivery upon inquiry

- Is only available with Priority Mail Service™ First-Class Mail® parcels, and Package Services parcels (Parcel Post, Bound Printed Matter, Media Mail, and Library Mail)

- A parcel is a box OR an item that is more than 3/4" thick at its thickest point. The face must be large enough for return and delivery address, special service label, markings or endorsements, and postage.

No insurance coverage is provided. If indemnity coverage is desired, consider Insured Mail, or other special service that provides coverage. Contact your local postmaster for information concerning available options and limitations on coverage.

HOW TO USE:

1. COMPLETE FORM NEATLY

2. ATTACH LABEL TO THE LEFT OF DELIVERY ADDRESS

PS Form 152, May 2002

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 14,<br>a labor organization, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 3721 |
| | ) | |
| v. | ) | Judge Kocoras |
| | ) | |
| PINNACLE GLASS, INC., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

**<u>AFFIDAVIT</u>**

Donald D. Schwartz, upon being first duly sworn, on oath deposes and states:

1.      Affiant is partner in the Law Firm Arnold & Kadjan handling this case.

2.      Our firm has spent 5 hours in litigation in this matter.

3.      Our normal rate is $175.00 per hour.

4.      Our firm charged the Painters District Council No. 14 $875.00 in this matter.

5.      Our firm charged $350.00 for court filing fee and $75.00 process fee.

6.      Affiant is not currently suffering any infirmities and is competent to testify to all

the foregoing.

FURTHER AFFIANT SAYETH NOT.


                                                    s/ Donald D. Schwartz
                                                    **DONALD D. SCHWARTZ**


                                                    **EXHIBIT B**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 14, | ) | |
| a labor organization, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 3721 |
| | ) | |
| v. | ) | Judge Kocoras |
| | ) | |
| PINNACLE GLASS, INC., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

### JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1.     Judgment in the amount of $5,940.00 is entered in favor of Plaintiffs, PAINTERS DISTRICT COUNCIL NO. 14, and against the Defendant, PINNACLE GLASS, INC.

2.     This is a final and appealable order.

DATED: _____

ENTER:_____
**HONORABLE JUDGE KOCORAS**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415