IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 14, a labor organization, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 3721 |
| v. | ) ) | Judge Kocoras |
| PINNACLE GLASS, INC., | ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:  PINNACLE GLASS, INC.
C/O ITS REGISTERED AGENT, VINCENT C. ARGENTO
1100 ARLINGTON HEIGHTS ROAD, SUITE 510
ITASCA, IL 60143

**PLEASE TAKE NOTICE** that on **September 9, 2008**, at **9:30 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Kocoras, Room 1725** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment In Sum Certain.

                                               PAINTERS DISTRICT COUNCIL NO. 14

                                               s/ Donald D. Schwartz
                                               One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 29th day of August 2008, at or before the hour of 5:00 p.m.

PINNACLE GLASS, INC.
C/O ITS REGISTERED AGENT, VINCENT C. ARGENTO
1100 ARLINGTON HEIGHTS ROAD, SUITE 510
ITASCA, IL 60143

s/Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)